# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: 05 - 458 | MAGIS. NO: |
|---|---|---|

v.

**SEAN LAMAR JORDAN**

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED

**Sean Lamar Jordan**

**FILED**

| DOB: | PDID: | | |
|---|---|---|---|
| WARRANT ISSUED ON THE BASIS OF: | **INDICTMENT** | DISTRICT OF ARREST | MAY 0 1 2006 |
| TO: **ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER** | | CITY | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

POSSESSION OF FRAUDULENT DOCUMENTS PRESCRIBED FRO AUTHORIZED STAY OR EMPLOYMENT IN THE UNITED STATES;

AGGRAVATED IDENTITY THEFT

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

18:922(g)(1)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: **MAGISTRATE JUDGE FACCIOLA** | SIGNATURE (JUDGE/MAGISTRATE JUDGE) **U.S. MAGISTRATE JUDGE FACCIOLA** | DATE ISSUED: 12/22/05 |
| CLERK OF COURT: **Nancy Mayer-Whittington** | BY DEPUTY CLERK: | DATE: 12/22/05 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 12-22-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 5-1-06 | SEAN McLEOD SDUSM | |
| HIDTA CASE: Yes   No  X | | OCDETF CASE: Yes   No  X |