UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No.   05-458 (HHK) |
| **v.** : | |
| : | |
| **SEAN L. JORDAN,** : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of the United States' Motion to Impeach Defendant with His Prior Convictions Pursuant to Federal Rule of Evidence 609, and any opposition thereto, it is this

_____ day of _____, 2006, hereby

**ORDERED** that the United States' Motion to Impeach Defendant with His Prior Convictions Pursuant to Federal Rule of Evidence 609 be and the same is **GRANTED.**

_____
THE HONORABLE HENRY H. KENNEDY
United States District Judge

Copies to:
Robert J. Feitel, AUSA
Jonathan Jeffress, AFPD