# WARRANT FOR ARREST

CO-180 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>SEAN LAMAR JORDAN<br><br>DOB:        PDID# | DOCKET NO: 05-458 | MAGIS. NO: NA |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>SEAN LAMAR JORDAN | |

FILED
AUG 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| WARRANT ISSUED ON THE BASIS OF:<br>☒ Order of Court    ☐ Information<br>☐ Indictment    ☐ Complaint | DISTRICT OF ARREST |
|---|---|
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 18 U.S.C. §922(g)(1) |
|---|---|
| BAIL FIXED BY COURT:<br>HELD WITHOUT BOND | OTHER CONDITIONS OF RELEASE: |

| ORDERED BY:<br>Judge Henry H. Kennedy | JUDGE/MAGISTRATE JUDGE<br>Judge Henry H. Kennedy | DATE ISSUED:<br>August 4, 2006 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>C. White | DATE:<br>August 4, 2006 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>8-4-06 | NAME AND TITLE OF ARRESTING OFFICER<br>SEAN McLEOD SDUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>8-17-06 | | |