

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## OFFICE OF THE CLERK
## 401 COURTHOUSE SQUARE
## ALEXANDRIA, VIRGINIA 22314-2689
## (703) 299-2100

August 16, 2006

**FILED**

AUG 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:   The Clerk of Court
      District of Columbia
      333 Constitution Ave., NW
      Washington, DC 20001

UNITED STATES vs. **Sean Lamar Jordan**

ARRESTING DISTRICT CASE NUMBER: **05-458**

CHARGING DISTRICT CASE NUMBER: **06-MJ-647**

To Whom It May Concern,

The defendant was arrested in the Eastern District of Virginia on your warrant of arrest and brought before our Court for a removal hearing. The defendant executed a Waiver of Rule 40 hearing. The defendant was REMANDED.

Enclosed is a certified copy of our case file. Please acknowledge receipt of same at your earliest convenience.

Sincerely,

Deputy Clerk

RECEIVED BY: _____

DATE: _____

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

UNITED STATES

VS.

_Sean Jordan_
**DEFENDANT**

JUDGE: ~~THERESA CARROLL BUCHANAN~~ O'Grady
CASE NO.: 06 M 647
HEARING: R40
DATE: 8-16-06
TIME: 2
REPORTER: FTR GOLD SYSTEM
CLERK: ALLISON GOLDEN

**FILED**

AUG 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COUNSEL FOR UNITED STATES: Olivia H
COUNSEL FOR DEFENDANT: w/out
INTERPRETER: ___
(✓) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

(✓) RULE 5 ADVISEMENT                  ( ) PRELIMINARY EXAMINATION WAIVED
( ) COURT TO APPOINT COUNSEL           ( ) COURT FINDS PROBABLE CAUSE
( ) DEFT. TO RETAIN COUNSEL            (✗) RULE 40 HEARING WAIVED
( ) SPEEDY TRIAL ACT WAIVED            ( ) U.S. REQUESTS DETENTION ( ) GRANTED ( ) DENIED
( ) JURY WAIVED                        (✗) DEFT. ( ) REMANDED (✗) DETAINED for Transport
( ) CONSENT TO TRIAL BY MAG JUDGE      ( ) DEFT. CONTINUED ON BOND/PROBATION to DC

**CONDITIONS OF RELEASE:**
($      ) UNSECURED ($      ) SECURED ( ) PTS ( ) 3ʳᴅ PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) DRUG TEST/TREAT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT ( ) TRAVEL DOCUMENTS

**MINUTES:**
_____
_____
_____
_____
_____

**SENTENCE:**
( ) PSR ADOPTED (   ) MONTHS PROBATION ( ) SUP ( ) LIMITED ( ) UNSUP ( ) 3607
( ) DAYS JAIL ( ) WEEKENDS ( ) DRUG TEST/TREAT ( ) ASAP ( ) MONTHS ROL
( ) MENTAL HEALTH TEST/TREAT ( ) HRS. COMMUNITY SERVICE ( ) THEFT DETERRENT
( ) INTERLOCK DEVICE     ($    ) FINE ($    ) S.A.

**NEXT APPEARANCE:**
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PSR/SENT ( ) PBV ( ) PTV ( ) 3607

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of _____

FILED
AUG 16 2006
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| v. | DISTRICT |
| SEAN JORDAN | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 06mj647 | 05-458 | | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment   ☐ Information   ☐ Complaint   ☒ Other (specify) ORDER OF COURT

charging a violation of _____ U.S.C. § _____

**DISTRICT OF OFFENSE** District of Columbia

**DESCRIPTION OF CHARGES:**
Unlawful Possession of a Firearm

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify) Defendant Remanded for Transport

Representation:   ☐ Retained Own Counsel   ☐ Federal Defender Organization   ☐ CJA Attorney   ☒ None

Interpreter Required?   ☒ No   ☐ Yes   Language: _____

**DISTRICT OF** _____

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

8/16/06
Date                                         United States Judge or Magistrate Judge

**RETURN**

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY: _____ Deputy Clerk

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

# United States District Court

**EASTERN** DISTRICT OF **VIRGINIA**


FILED
AUG 16 2006
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

Sean Jordan

**WAIVER OF RULE 40 HEARINGS**
(Excluding Probation Cases)

Case Number: 06mj647

I, __Sean Jordan__, understand that in the ____ District of __Columbia__, charges are pending alleging violation of ____ and that I have been arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( X ) identity hearing

(   ) preliminary examination

(   ) identity hearing and have been informed I have no right to a preliminary examination

(   ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

X *Sean Jordan*
Defendant

8/16/06
Date

____
Defense Counsel

CO-180 (Rev - DC 03/

# WARRANT FOR ARREST

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>SEAN LAMAR JORDAN<br><br>DOB:            PDID# | DOCKET NO: 05-458 | MAGIS NO: NA |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>SEAN LAMAR JORDAN<br><br>6 2006<br>CLERK, U.S. DISTRICT COURT<br>ALEXANDRIA, VIRGINIA | |
| WARRANT ISSUED ON THE BASIS OF:<br>☒ Order of Court       ☐ Information<br>☐ Indictment            ☐ Complaint | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 18 U.S.C. §922(g)(1) | |
|---|---|---|
| BAIL FIXED BY COURT:<br>HELD WITHOUT BOND | OTHER CONDITIONS OF RELEASE: | |
| ORDERED BY:<br>Judge Henry H. Kennedy | JUDGE/MAGISTRATE JUDGE<br>Judge Henry H. Kennedy | DATE ISSUED:<br>August 4, 2006 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>CDWhite<br>RETURN | DATE:<br>August 4, 2006 |

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>8-16-06 | NAME AND TITLE OF ARRESTING OFFICER<br>Marty Magnor<br>DUSM | SIGNATURE OF ARRESTING OFFICER<br>Marty Magna |
|---|---|---|
| DATE EXECUTED<br>8-16-06 | | |

** TOTAL PAGE.01 **