UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO.  05-458 (HHK) |
| | : | |
| **SEAN L. JORDAN,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## JOINT MOTION TO CONTINUE STATUS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Sean L. Jordan, by and through his attorney, respectfully moves the Court to continue the status hearing which is currently scheduled for September 1, 2006 to any date the week of September 11, 2006, except September 15, 2006.  As grounds for this motion, the parties assert as follows:

1.  On August 3, 2006, defendant failed to appear for a scheduled status hearing.  At the government's request, this Court issued a bench warrant, seeking defendant's arrest.

2. On August 16, 2006, defendant was arrested on that bench warrant.

3. On August 17, 2006, defendant appeared for a bench warrant return before Magistrate Judge Alan Kay.  Neither the assigned Assistant United States Attorney nor the assigned Assistant Federal Public Defender was available to attend the hearing.  However, the current September 1, 2006 status hearing date was selected at that time.

4.  Both the assigned Assistant United States Attorney and the assigned Assistant Federal Public Defender are on vacation on September 1, 2006.  Accordingly, the parties request that the

status hearing scheduled for September 1 be continued to any date the week of September 11, 2006, except September 15, 2006.

  WHEREFORE, the parties request that this motion be granted.

      Respectfully submitted,


___/s/_____  _____/s/_____
John Jeffress          Denise M. Clark
Assistant Federal Public Defender  Assistant United States Attorney
625 Indiana Aveune, N.W.     555 Fourth Street, N.W.
Suite 550           Washington, D.C. 20530
Washington, D.C. 20004     (202) 353-8213
(202) 208-7500