UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 05-458 (HHK)** |
| | : | |
| **SEAN L. JORDAN,** | : | |
| | : | |
| Defendant. | : | |

**ORDER**

This matter comes before the Court on motion of the parties to continue the status hearing which is currently scheduled for September 1, 2006. Upon consideration of the parties' motion, and there being no opposition thereto, it is, this _____ day of August, 2006,

**ORDERED** that the motion be and hereby is GRANTED.

**SO ORDERED**.

_____
Henry H. Kennedy
United States District Judge

Copies to:

AUSA Denise M. Clark
555 4th Street, N.W.  #4840
Washington, DC 20530

AFPD John Jeffress
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

-2-