UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Crim. No. 05-548 (HHK) |
| SEAN JORDAN, | ) | |
| Defendant. | ) | |

**MOTION FOR RECOMMENDATION THAT DEFENDANT BE
TRANSFERRED TO THE CORRECTIONAL TREATMENT FACILITY**

Defendant Sean Jordan, through counsel, respectfully moves this Court for an order recommending that he be transferred to the Correctional Treatment Facility ("CTF"). As grounds for this motion, counsel states the following:

1. On December 22, 2005, Mr. Jordan was indicted on one count of Unlawful Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g).

2. Following his arrest, Mr. Jordan was released into the High Intensity Supervision Program and for a period of time remained in full compliance. Unfortunately, he was then was evicted from his home and panicked about his continued eligibility for the program. Mr. Jordan did not attend Court on August 3, 2006, and a bench warrant was issued. The bench warrant was executed on August 3, 2006, and Mr. Jordan was remanded to D.C. Jail.

3. Mr. Jordan suffers from medical problems in his leg resulting from an incident where he was robbed and shot. He reports not receiving adequate medical treatment at the Jail. The defense accordingly respectfully requests that Mr. Jordan be transferred to the Central Treatment Facility, which reportedly has improved medical facilities and treatment.

For the above-stated reasons, and any others the Court deems just and proper, Mr. Jordan respectfully requests that the Court enter the attached Order recommending a transfer of Mr. Jordan him to the Correctional Treatment Facility.

    Respectfully submitted,

    A.J. Kramer
    Federal Public Defender

    _____

    Jonathan S. Jeffress
    Assistant Federal Public Defender
    625 Indiana Ave., N.W., Suite 550
    Washington, D.C.  20004
    (202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.   ) | Crim. No. 05-548 (HHK) |
| ) | |
| SEAN JORDAN,   ) | |
| ) | |
| Defendant.   ) | |

**ORDER**

Upon consideration of defendant's unopposed motion, it is hereby

**RECOMMENDED** that:

Defendant Sean Jordan be transferred from the D.C. Jail to the Central Treatment Facility.

**SO ORDERED** this _____ day of _____, 2006.

_____
HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan S. Jeffress, AFPD
Denise Clark, AUSA
United States Marshal for
The District of Columbia