UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>         v.<br><br>SEAN JORDAN,<br>                    Defendant. | Criminal 05-0458 (HHK) |

**O R D E R**

Before the court is the defendant's motion for recommendation that defendant be transferred to the Correctional Treatment Facility.  Upon consideration of the motion, the court denies it without prejudice to renewal upon the filing of a motion that has been served upon the District of Columbia Department Corrections by service on the General Counsel of the District of Columbia Department of Corrections.

   **SO ORDERED.**

                                                                      Henry H. Kennedy, Jr.
                                                                      United States District Judge