UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Crim. No. 05-458 (HHK) |
| SEAN JORDAN, | ) | |
| Defendant. | ) | |

**RENEWED UNOPPOSED MOTION FOR RECOMMENDATION THAT DEFENDANT
BE TRANSFERRED TO THE CORRECTIONAL TREATMENT FACILITY**

Defendant Sean Jordan, through counsel, respectfully renews his unopposed Motion for an Order recommending that he be transferred to the Correctional Treatment Facility ("CTF"). As grounds for this motion, counsel states the following:

1. On December 22, 2005, Mr. Jordan was indicted on one count of Unlawful Possession of a Firearm by a Convicted felon, in violation of 18 U.S.C. § 922(g).

2. Following his arrest, Mr. Jordan was released into the High Intensity Supervision Program and for a period of time remained in full compliance. Unfortunately, he was then evicted from his home and panicked about his continued eligibility for the program. Mr. Jordan did not attend Court on August 3, 2006, and a bench warrant was issued. The bench warrant was executed on August 3, 2006, and Mr. Jordan was remanded to D.C. Jail.

3. Mr. Jordan suffers from medical problems in his leg resulting from an incident where he was robbed and shot. He reports not receiving adequate medical treatment at the Jail. The defense accordingly respectfully requests that Mr. Jordan be transferred to the Cental

Treatment Facility, which reportedly has improved medical facilities and treatment.

4. On August 30, 2006, undersigned counsel filed a Motion requesting the same relief as in this Motion. On September 8, 2006, the Court denied the Motion without prejudice, as it had not been served on the General Counsel for the D.C. Department for Corrections. As indicated on the attached Certificate of Service, this Motion has been so served.

For the above-stated reasons, and any others the Court deems just and proper, Mr. Jordan respectfully requests that the Court enter the attached Order recommending a transfer of Mr. Jordan to the Correctional Treatment Facility.

                                                  Respectfully submitted,

                                                  A.J. Kramer
                                                  Federal Public Defender

                                                  _____

                                                  Jonathan S. Jeffress
                                                  Assistant Federal Public Defender
                                                  625 Indiana Ave., N.W., Suite 550
                                                  Washington, D.C. 20004
                                                  (202) 208-7500

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| v. | ) CIM. No. 05-458 (HHK) |
| **SEAN JORDAN,** | ) |
| Defendant. | ) |

## ORDER

Upon consideration of defendant's unopposed motion, it is hereby

**RECOMMENDED** that:

Defendant Sean Jordan be transferred from the D.C. Jail to the Central Treatment Facility.

**SO ORDERED** this _____ day of _____, 2006.

_____
HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan S. Jeffress, AFPD
Dennis Clark, AUSA
United States Marshal for
The District of Columbia
General Counsel, D.C. Department of Corrections