IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) CIM. No. 05-458 (HHK)
)
SEAN JORDAN, )
)
Defendant. )
)

ORDER

Upon consideration of defendant's unopposed motion, it is hereby

**RECOMMENDED** that:

Defendant Sean Jordan be transferred from the D.C. Jail to the Central Treatment Facility.

SO ORDERED this 13th day of Friday, 2006.

HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan S. Jeffress, AFPD
Dennis Clark, AUSA
United States Marshal for
The District of Columbia
General Counsel, D.C. Department of Corrections