## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.  05-458 (HHK) |
| | : | |
| v. | : | |
| | : | |
| SEAN JORDAN, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

        The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant

United States Attorney Precious Murchison, at telephone number (202) 307-6080 and/or email

address Precious.Murchison@usdoj.gov  .  Precious Murchison will substitute for Assistant United

States Attorney Denise Clark as counsel for the United States.

                        Respectfully submitted,

                        JEFFREY A. TAYLOR
                        United States Attorney


                        _____
                        PRECIOUS MURCHISON
                        Assistant United States Attorney
                        Federal Major Crimes Section,
                        555 4th Street, NW,  Room 4840
                        Washington, DC 20530
                        (202) 307-6080
                        Precious.Murchison@usdoj.gov