**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

NOV 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 05-458 (HHK) |
| | : | |
| SEAN L. JORDAN, | : | |
| Defendant. | : | |

**GOVERNMENT'S SUBMISSION TO THE COURT
IN PREPARATION FOR THE UPCOMING PLEA HEARING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Sean L. Jordan, hereby submit the following in preparation for a plea hearing in the instant case.

I.   ELEMENTS OF THE OFFENSES

A. Elements of Unlawful Possession by a Felon

The essential elements of the offenses of Unlawful Possession of a Firearm and Ammunition by a Convicted Felon and Unlawful Possession of Ammunition by a Convicted Felon, 18 U.S.C. Section 922(g)(1) are as follows:

1.  The defendant knowingly possessed a firearm, that is a Intratec 9 mm Luger Pistol, model Tec-Dc9, and ammunition, that is, 9 mm ammunition;

2.  The firearm and/or ammunition had been shipped or transported from one state to another;

3. At the time the defendant possessed the handgun and/or ammunition, the defendant had been convicted of a felony, that is, Distribute of Cocaine, an offense punishable by imprisonment for a term exceeding one year.

## COPY OF THE PLEA AGREEMENT

A copy of the plea agreement, not yet executed by the defendant, is attached.

2. ## PENALTIES

Pursuant to 18 U.S.C. § 922 (g)(1) and § 924, each charge of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year carries the following penalties:

1. a term in prison of not more than 10 years;
2. a fine of not more than $250,000; and
3. a term of supervised release of not more than three years.

IV. ## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on July 29, 2005, members of the Capital Area Regional Fugitive Task Force went to 1203 7th Street, N.W, apartment 304, Washington, D.C. looking for the defendant, who had escaped from a half-way house. The members located defendant hiding in a water heater closet in the living room. Next to defendant, the members observed a blue backpack in which there was a loaded Intratec 9 mm Luger Pistol, Model Tec-Dc-9. The pistol contained one round of 9 mm ammunition in the chamber and 25 rounds of 9 mm ammunition in the magazine. The back pack was later identified as belonging to defendant.

On December 29, 1994, defendant had been previously convicted of a felony in the Commonwealth of Virginia, in criminal case number CF 940659. The gun and the ammunition that were recovered in this case were not manufactured in the District of Columbia, and they were shipped to the District of Columbia through interstate commerce.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney

        _____
        DENISE M. CLARK
        Assistant United States Attorney
        D.C. Bar No. 479149
        Federal Major Crimes Section
        555 Fourth Street, N.W., Room 4840
        Washington, D.C. 20530
        202-353-8213

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, John Jeffress, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 11-14-06

_____
Sean L. Jordan
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 11/14/06

_____
John Jeffress, Esquire
Attorney for Defendant