UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO.  05-458 (HHK) |
| : | |
| SEAN JORDAN : | |
| : | |
| **Defendant.** : | |
| : | |

GOVERNMENT'S UNOPPOSED MOTION
TO CONTINUE SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests a continuance of the sentencing.  In support of this motion, the government states as follows:

1.  On November 14, 2006, the Defendant pled guilty to a one-count indictment charging him with Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of Tile 18, United States Code, Section 922(g)(1).

2.  The Defendant is scheduled to be sentenced before this Court on Thursday, February 8, 2007, at 9:45 a.m.

3.  Due to recent illness, undersigned counsel has been unable to prepare a sentencing memorandum.  The government requests an opportunity to prepare and file a sentencing memorandum.

4.  On February 7, 2007, undersigned counsel spoke with Jonathan Jeffress, counsel for the Defendant, who indicated that he was involved in a lengthy motions hearing before Judge Friedman, and that he intended to file a motion to continue sentencing in this case.  Undersigned

counsel is filing this motion because Mr. Jeffress has not yet had an opportunity to file a motion for continuance of the sentencing, and undersigned counsel is ill and is preparing to leave the office for the day. Undersigned counsel has left a voice mail message for Mr. Jeffress advising him of this motion.

WHEREFORE, it is respectfully requested that this motion be granted, and that the Court reschedule the sentencing for a date that is at least one week from when it is presently scheduled.

                                                    Respectfully submitted,
                                                    JEFFREY A. TAYLOR
                                                    UNITED STATES ATTORNEY
                                                    Bar No. 451-058

                                                  _____/s/_____

By:    PRECIOUS MURCHISON
        ASSISTANT U.S. ATTORNEY
        Maryland Bar
        Federal Major Crimes Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 307-6080
        precious.murchison@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that a copy of this motion has been served by first class mail upon counsel of record for the defendant, Jonathan Jeffress, Esquire, Federal Public Defender, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004, this ___ day of February, 2007.

_____
Assistant United States Attorney