UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 05-458 (HHK)** |
| | : | |
| **SEAN JORDAN** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**ORDER**

The Court, having considered the Government's Unopposed Motion to Continue Sentencing Memorandum, and based on the representations made in such motion, and good cause having been shown, it is this ____ day of _____, 2007, hereby

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the sentencing is rescheduled for the _____ day of _____, 2007, at _____.

_____
HONORABLE HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE