# EXHIBIT A

March 2 07

Mr. Judge Kennedy,

How are you Sir?

First and foremost I'm writing this letter asking you to take into consideration that I have changed as a person. Before being incarcerated for this charge, I had a job. I was gracefully employed. As you can see in my history, I've never sought employment. For me getting a job was the first step in making my life better for me. I would also like for you to look at the fact that when I found out this charge was brought up, I turned myself in. This again is not what I would have done in the past. I have three ~~stock~~ children. My previous lifestyle did not allow me to raise my daughter plus be there for her as a father. I now have twin boys. I know it's very important for me to be there for them, especially to ensure they don't go in the direction I went. I also know their mother needs my support to raise them. I made the mistakes before, I don't want to make them again. In addition, this is an old charge I am now out of that lifestyle plus have

Changed a lot. I'm at a point in my life where things are ~~the~~ falling in place the way they should have a long time ago. If I have to serve time for this, it will only make me have to start over, while now I'm moving forward. I don't want to stop improving myself now, I want to continue to do this first and foremost for myself and kids. Judge Kennedy I'm asking just give me a shot at life again because I realize what's more important now. It took me a long time but, I've got it together.

Sincerely yours,

Sean Jordan