# EXHIBIT B

February 6, 2007

Theresa Jordan
1209 Harwood Ave. #B3
Baltimore, MD 21239

Dear Judge Kennedy,

My name is Theresa Jordan, the mother of Sean Jordan. I am writing this letter on behalf of my son that I love very much. My children's life was not quite that good. My husband was very, very, very abrusive towards us physically and mental. Sean's father was not a very good role model for him. When Sean was small his father would have him with him most of the time exposing him to a lot at a very young age. Sean wants to be in his children's life.

I could tell that Sean was getting tired of going back and forth to jail. Sean was trying to better his life after he was released from prison. Sean started applying for jobs even though it got a little frustrating at times. But Sean was determine to keep on going until he found one. Sean finally got a job doing Home Improvement. Sean was going to work everyday and sometimes doing extra hours. Sean said with this job he has experienced a lot about home improvements.

I know that it is hard for some people to change and start a new life and that is what Sean was doing. All I'm asking your Honour is that you will help and assist Sean with getting his life together.

Thank you.

Sincerely,

*Theresa Jordan*
Theresa Jordan