# EXHIBIT C

January 31, 2007

Vonetta N. Jordan
1737 Cameron Street
Alexandria, VA 22314

Dear Judge Kennedy,

I am the sister of Sean Lamar Jordan, and I am writing this letter on behalf of my brother. My family and I are very concerned about his sentencing. This letter is to let you know about Sean prior to his arrest. Our childhood was not a very good one, due to the fact that our father was very abrusive both mentally and physically. Sean was beginning to get his life together. He was beginning to realize the importance of family and doing the right thing.

Sean was currently working a full-time job and now has a new take on life. Sean has three children, an 11 year old daughter and two newborn twin sons that were born on December 8, 2006. Before his sons were born he talked about how he wanted to be a role model and have positive influence in his childrens lives.

It wasn't easy for Sean to move fourth in a new direction, but he really wanted to make a big difference in his children's lives this time around. My family and I are asking that you please take into consideration his job, his children, and family.

Thank you.

Sincerely,

*Vonetta N. Jordan*
Vonetta N. Jordan