01/23/07  13:20 FAX 202 208 7515        Federal Public Defender  → USPO PRESENTENCE  ☑001

**HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

# FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **Docket No.: 05-458-01** |
| | : | |
| vs. | : | **SSN: N/A** |
| | : | |
| JORDAN, Sean | : | **Disclosure Date: January 3, 2007** |

APR 1  2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned further
acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

(X)  There are material/factual inaccuracies in the PSI report as set forth in the  — *Resolved*
attachment herein.

_____          _____1/17/07_____
**Prosecuting Attorney**                                    **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

(X)  There are material/factual inaccuracies in the PSI report as set forth in the
attachment.

_____          _____1/22/07_____
**Defendant**          **Date**                  **Defense Counsel**          **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material
inaccuracies or disputes in writing by **January 17, 2007**, to U.S. Probation Officer **Kellie
Cave**, telephone number **(202) 565-1357**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the
Attorney for the Government and the Defense Counsel to provide each other with a copy of
the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**
By:Gennine A. Hagar, Acting Chief
United States Probation Officer

01/23/07  13:21 FAX 202 208 7515      Federal Public Defender  → USPO PRESENTENCE  ☒002

Page 2

**Receipt and Acknowledgment**

① We object to the 2-point enhancement for obstruction of justice. This enhancement is not established by the facts set forth in the plea agreement. There has been no admission concerning this enhancement, such as the required element that the ~~the~~ failure to appear was willful.

Please remove the 2-point enhancement for obstruction of justice. Mr. Jordan's low end of his guideline range is only 110 months under this agreement — the statutory maximum for this offense is 120 months. He is therefore only receiving a 10 month benefit for taking a guilty plea. ~~Mr. Jordan~~

② Also, #14 says that the base offense level is "26." It should be 24. His total offense level should therefore be 23, not 25. After correcting for points ① and ②, Mr. Jordan's guideline range should be 77-96 months.

*Resolved*

Signed by: _____
          (Defendant/Defense Attorney/AUSA)

Date: _____ 1/22/07

**Receipt and Acknowledgment**                                    **Page 2**

Page 5, paragraph 14

Defendant's base offense level is 24 pursuant to 2k2.1 (a)(v), not 26 as reflected in the far right column.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: ___1/17/07___